PROB 12B
(12/00)

# United States District Court
**for**
## The District of Rhode Island

## Request for Modifying the Conditions of Supervision with Consent of the Offender

**Name of Offender:** Victor Nogueras **Case Number:** 1:97CR00071-01

**Name of Sentencing Judicial Officer:** Honorable Ernest C. Torres

**Date of Original Sentence:** January 9, 1998

**Original Offense:** Possession with Intent to Distribute Cocaine

**Original Sentence:** One hundred twenty months incarceration, five years supervised release, and a $100 special assessment

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** July 21, 2006

---

☐ To extend the term of supervision for ______ years, for a total term of ______ years.

☒ To modify the conditions of supervision as follows:

**The defendant shall participate in an outpatient mental health treatment program as approved by the U.S. Probation Department.**

### CAUSE

On August 11, 2006, Mr. Nogueras contacted USPO Borrelli via telephone and requested assistance in dealing with panic attacks. He reported being unable to sleep, feeling depressed and having thoughts of returning to prison. Further, he is experiencing frequent and unusual rapid heart beats as well as an inability to stop his hands from shaking. Mr. Nogueras advised at that time he was agreeable to modifying his terms of supervised release to require him to participate in mental health treatment. It is noted that while the presentence report does not reveal any mental health concerns, Bureau of Prisons' records reveal some treatment and medication was administered for these issues.

On August 14, 2006, USPO Borrelli spoke to Assistant United States Attorney Stephanie S. Browne and she advised that she does not pose any objections to the above-mentioned modification.

On August 14, 2006, Mr. Nogueras met with USPO Borrelli and executed a PROB form 49 - Waiver of Hearing to Modify of Conditions of Supervised Release. Based on the foregoing, it is respectfully recommended that his conditions be modified to include the above-mentioned condition.

PROB 12B
(12/00)

**Reviewed and Approved by:**

**Kurt E. O'Sullivan**
**Supervising U.S. Probation Officer**

Date: 08/14/06

**Respectfully Submitted by:**

**David S. Borrelli**
**U.S. Probation Officer**

Date: 8/14/6

## The Court Orders

- ☐ No Action
- ☐ The Extension of Supervision as Noted Above
- ☑ The Modification of Conditions as Noted Above
- ☐ Other

Honorable Ernest C. Torres
Chief U.S. District Judge

8/16/06
Date

Prob 49
(Rev. 3/89)

# United States District Court
for
The District of Rhode Island

## Waiver of Hearing to Modify Conditions of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall participate in an outpatient mental health treatment program as approved by the U.S. Probation Department.**

Witness: David S. Borrelli Signed: X [signature]

August 14, 2006
Date